[No. 73792-9-I. Division One. October 5, 2015.]

JOHN HOAG ET AL., *Petitioners*, v. CAR WASH ENTERPRISES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-27896-9, Samuel Chung, J., entered July 9, 2015. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 45772-5-II. Division Two. October 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY BRUCE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-1-01673-7, David E. Gregerson, J., entered January 8, 2014. *Affirmed in part* and *reversed in part* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Sutton, J.

[Nos. 45927-2-II; 46127-7-II. Division Two. October 6, 2015.]

GWYNETH POPE ET AL., *Appellants*, v. BRUCE GARDNER ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Thurston County, No. 10-2-02255-1, Christine Schaller, J., entered February 14, 2014. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.